Case 1:17-cr-02956-JB   Document 2   Filed 10/24/17   Page 1 of 2

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 2 4 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 17-2956 JB |
| ) | |
| vs. ) | 18 U.S.C. § 372: Conspiracy to Impede Officer. |
| ) | |
| MIKE Y. ARCHULETA and ) | |
| CODY DAVIS, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

The Grand Jury charges:

On or between June 8, 2016 and June 9, 2016, in the District of New Mexico, to include Sandoval County, Rio Arriba County, and elsewhere, the defendants, **CODY DAVIS** and **MIKE Y. ARCHULETA**, did knowingly and willfully conspire and agree together and with each other to prevent by intimidation S.C., a law enforcement officer with the New Mexico Department of Game and Fish, and cross-deputized with the United States Fish and Wildlife Service, from discharging the duties the United States Fish and Wildlife Service.

In violation of 18 U.S.C. § 372.

### OVERT ACTS:

In furtherance of the conspiracy and to effect the objects thereof, the defendants and co-conspirators performed the following overt acts:

1. On or about June 8, 2016, in Sandoval County, District of New Mexico, the Cody Davis contacted Mike Y. Archuleta and provided Mike Y. Archuleta with the license plate of Officer S.C.'s personal vehicle.

2. On or about June 9, 2016, Mike Y. Archuleta contacted an MVD storefront after receiving the license plate number from Cody Davis.

3. On or about June 9, 2016, Mike Y. Archuleta contacted Cody Davis and provided him with Officer S.C.'s home address.

4. On or about June 9, 2016, Cody Davis drove to Officer S.C.'s home. Cody Davis entered the boundaries of Officer S.C.'s property on at least two occasions.

5. On or about June 9, 2016, Mike Y. Archuleta provided Cody Davis with Officer S.C.'s full legal name.

A TRUE BILL:

_____

FOREPERSON OF THE GRAND JURY

*[signature]*
Assistant United States Attorney
10/23/17 11:20AM