| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO<br>ALBUQUERQUE | | | | |
|---|---|---|---|---|
| Before the Honorable Jerry H. Ritter | | | | |
| United States Magistrate Judge | | | | |
| Clerk's Minutes | | Initial/Arraignment | | |
| Date: | 11/14/2017 | Case Number: | 17-2956 JB / 17-3062 JB | |
| Case Title: USA v. | Mike Y. Archuleta | Liberty: | Rio Grande @ | 9:55 am |
| Courtroom Clerk: | C. Lopez | Total Time: | 12mins | |
| Probation/Pretrial: | Sandra Avila-Toledo | Interpreter: | | |
| ATTORNEYS PRESENT: | | | | |
| Plaintiff: | Jennifer Rozzoni | Defendant: | Bob Gorence | |

PROCEEDINGS:

- ☒ First Appearance of Defendant
- ☒ Defendant received a copy of the Indictment
- ☒ Defendant questioned re: time to consult with attorney regarding the penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant is ready to enter a plea
- ☒ Defendant enters a plea of NOT GUILTY to all counts
- ☒ Motions due by:12/4/2017
- ☒ Discovery Order electronically filed
- ☒ Case assigned to: Judge Browning
- ☒ Trial set on trailing docket: TO BE NOTIFIED
- ☒ Defendant remanded to custody of the United States Marshal's Service
- ☒ Other: DETENTION HEARING SET FOR 11/14/17 @ 3:PM